NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND FERNANDEZ WILLIAMS,              )
                                         )
       Appellant,                        )
                                         )
v.                                       )     Case No. 2D17-2883
                                         )
STATE OF FLORIDA,                        )
                                         )
       Appellee.                         )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan, Judge.

Raymond Fernandez Williams, pro se.

PER CURIAM.

       Affirmed.

CRENSHAW, MORRIS, and BLACK, JJ., Concur.